HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
SHENG LI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 14-146-CKD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO EXTEND TIME FOR PRELIMINARY |
| v. ) | HEARING AND EXCLUDE TIME |
| ) | |
| SHENG LI, ) | |
| ) | NEW DATE:   August 14, 2014 |
| Defendant. ) | TIME:              2:00 p.m. |
| ) | NEW JUDGE:   Hon. Edmund F. Brennan |
| ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney MICHAEL MCCOY, and Defendant SHENG LI, through his attorney RACHELLE BARBOUR, of the Office of the Federal Defender, hereby stipulate to continue the Preliminary Hearing set for July 31, 2014 to August 14, 2014, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through August 14, 2014, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendants consent to an extension of the time for a Preliminary Hearing until August 14, 2014. Fed.R.Crim.P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can conduct

1  investigation and the government can provide advance discover to defense counsel. Mr. Li
2  consents to this continuance. Defense counsel has already notified the Mandarin language court
3  interpreter of this request for continuance and will notify him of the new date if the matter is
4  continued.

5   The parties stipulate that the interests of justice outweigh the interest of the public and the
6  defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause
7  outweighs the public's interest in the prompt disposition of criminal cases. Fed.R.Crim.P. 5.1(d).

8  Dated: July 30, 2014                                   Respectfully submitted,

9                                                         HEATHER E. WILLIAMS
                                                          Federal Public Defender
10
                                                          */s/ R. Barbour*
11                                                        RACHELLE BARBOUR
                                                          Attorney for Defendant
12                                                        SHENG LI

13

14 Dated: July 30, 2014                                   BENJAMIN WAGNER
                                                          United States Attorney
15
                                                          */s/ Michael McCoy*
16                                                        MICHAEL MCCOY
                                                          Assistant U.S. Attorney
17                                                        Attorney for Plaintiff

18
                                         **ORDER**
19
    The Court has read and considered the Stipulation for the Extension of Time for
20
Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this
21
matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference
22
into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing
23
date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.
24
    Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the
25
interests of justice served by granting this continuance outweigh the best interests of the public
26
and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the
27

28

extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to August 14, 2014, at 2:00 p.m.

2. This time up to and including August 14, 2014 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated: July 30, 2014

Dad1.crim
Li0146stipo.cont.prelim

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

*United States v. Li*
Stipulation and Order

-3-