HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
SHENG LI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>PHILLIP CHAO, et al.,<br><br>         Defendants.  / | No.  2:14-cr-000220-KJM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE<br><br>Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIUPLATED by Assistant United States Attorney CHRISTIAAN HIGHSMITH and Attorney RACHELLE BARBOUR, attorney for SHENG LI, that the following conditions of release be modified:

You shall seek and/or maintain employment **or enroll in an approved education program** and provide proof of same as requested by your pretrial services officer.

CURFEW: You shall remain inside your residence every day from 11:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious purposes, employment, **education**, or court-ordered obligations.

Reason for modification:  Mr. Li has enrolled in an approved education program to learn the English language and he has provided verification to his pretrial services officer.  It will require adjustments to his curfew and the condition as previously imposed did not give the Pretrial Services Office the authority to modify curfew for educational purposes.

-1-

Mr. Li has been fully compliant with all of his Pretrial Services Conditions and has not violated the curfew.

Pretrial Service Officer Renee Basurto concurs with the conditions listed above. All other conditions are to remain as ordered.

Dated: August 25, 2015                           Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 /s/ Rachelle Barbour
                                                 RACHELLE BARBOUR
                                                 Attorney

Dated: August 25, 2015

                                                 BENJAMIN A. WAGNER
                                                 United States Attorney

                                                 /s/ Rachelle Barbour for
                                                 CHRISTIAAN HIGHSMITH
                                                 Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that Mr. Li's home confinement and curfew conditions are modified as listed above. All other conditions of release are to remain as previously ordered.

DATED: August 25, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE