HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
SHENG LI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHENG LI,<br><br>　　　　　Defendant.<br>_____/ | Cr. S. No.  14-0220-KJM/CKD<br><br>ORDER TO EXONERATE BOND AND RELEASE PASSPORT |

　　　Mr. Li was sentenced by Judge Mueller on Wednesday, February 3, 2016 to a sentence of time served and 36 months of supervised release.  Mr. Li has fully complied with the terms of the unsecured appearance bond signed by him, Patrick Mak, and Raymond Chan and filed on November 3, 2014.  He hereby requests that the signature bond be exonerated.

　　　//

　　　//

1

Mr. Li submitted his Chinese passport to the Court on November 3, 2014 as well. He requests that this be released by the Court to the Office of the Federal Defender, which will hold it for him until he is granted permission to travel or until he discharges his term of supervision. Mr. Li wishes to stay in the United States permanently, but it is not clear if the immigration authorities will permit him to. In the event immigration proceedings are initiated, Mr. Li may be given the option by ICE to self-deport from the United States and would seek permission from the Probation Office to do so. In that event, he will need his passport to travel. The Office of the Federal Defender agrees to hold Mr. Li's passport for him, and only provide it for him if the probation office grants him permission to travel or until he discharges his term of supervision.

DATED: February 4, 2016                HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ Rachelle Barbour
                                       RACHELLE BARBOUR
                                       Attorney for Defendant


O R D E R

Mr. Li appeared as required in this case and was sentenced on February 3, 2016 to a term of time served and three years of supervised release. Accordingly, the Court hereby orders the Unsecured Appearance Bond co-signed by Patrick Mak and Raymond Chan and posted on the court's docket on November 3, 2014, docket number 82, EXONERATED.

The Court orders the Clerk's Office of the District Court, Eastern District of California, to release the Chinese passport previously deposited in this case (receipt # G59993469) to the Federal Defender's Office, which will hold it on Mr. Li's behalf until he is granted permission to travel by the Probation Office, or has discharged his term of supervised release.

Dated: February 5, 2016

                                       _____
                                       CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE