UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE:  Sheng Li**<br>**Docket Number:  0972 2:14CR00220-004**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Sheng Li  is requesting permission to travel to Harbin, Heilongjiang, China, from December 27, 2016, to May 27, 2017.   Sheng Li  is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On February 3, 2016, Sheng Li was sentenced for the offense of violation of 21 U.S.C. § 841(a)(1) - Manufacture of Marijuana, (CLASS C FELONY).

**Sentence Imposed:**   Time Served; 36 month term of supervised release; $100 special assessment.

**Dates and Mode of Travel:**  December 27, 2016, to May 27, 2017.  The offender will travel by airline (travel arrangements are pending).

**Purpose:**  The offender will visit his family.

**RE:** Sheng Li
  **Docket Number: 0972 2:14CR00220-004**
  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/S/ Paul Mamaril

Paul Mamaril
United States Probation Officer

Dated:   December 9, 2016
  Sacramento, California

/s/ Michael Sipe

**REVIEWED BY:**   **Michael Sipe**
  **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

December 20, 2016
**Date**

UNITED STATES DISTRICT JUDGE